FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

09 SEP -3 PM 3: 36

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| RONRICO DARNELL DAVIS | Case Number: 00-CR-379-T-17MAP<br>USM Number: 39433-018 |
| | AFPD David Secular<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers __One through Ten__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for Marijuana | August 25, 2009 |
| 2 | Positive urinalysis for Cocaine | April 27, 2009 |
| 3 | Possession of an open container | March 15, 2009 |
| 4 | Failure to notify Probation Officer of Arrest | March 15, 2009 |
| 5 | Positive urinalysis for Marijuana | December 30, 2008 |
| 6 | Admission of Marijuana use | December 10, 2008 |
| 7 | Driving while license suspended | August 12, 2008 |
| 8 | Possession of drug paraphernalia | August 12, 2008 |
| 9 | Failure to answer truthfully re: residence | June 5, 2009 |
| 10 | Failure to participate in Drug Aftercare | June 13, 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 2, 2009
Date of Imposition of Judgment

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

September 3, 2009
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: Ronrico Darnell Davis | Judgment - Page 2 of 2 |
| Case No.: 8:00-CR-379-T-17MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **Five (5) Months**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

__X__ The Court will have no further jurisdiction after defendant completes his period of imprisonment.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_ before 2 p.m. on _____.

\_\_\_ as notified by the United States Marshal.

\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL